**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Allison Howe, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-001579

―――――――――――

Appeal From York County
David G. Guyton, Family Court Judge

―――――――――――

Unpublished Opinion No. 2024-UP-251
Submitted June 24, 2024 – Filed July 8, 2024

―――――――――――

**AFFIRMED**

―――――――――――

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Mitzi Campbell Williams, of Lexington, for the Guardian
ad Litem.

**PER CURIAM:** Allison Howe appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.